# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

INFO-HOLD, INC.,

    Plaintiff,

v.

APPLIED MEDIA TECHNOLOGIES CORPORATION,

    Defendant.

Civil Action No. 1:08-cv-802

Judge Timothy S. Black

## STIPULATED FINAL JUDGMENT OF NONINFRINGEMENT
## BASED ON THE COURT'S CLAIM CONSTRUCTION ORDERS

This matter is before the Court on the parties' joint motion for the entry of agreed upon stipulations of judgment of noninfringement based on this Court's claim construction orders. The Court hereby GRANTS the parties' joint motion and enters the following requested stipulations:

1. The Court's definitions of the claim terms "message playback devices," "operable to generate and transmit control signals," and "transmit" from the Claim Construction Order of April 25, 2013, are each dispositive of the issues of infringement of those claims of the '374 patent having any of these claim terms. Based on the Court's definitions of these claim terms, there is no infringement, literally or under the doctrine of equivalents, by AMTC's accused Remotelink IP and EOS Horizon devices.

2. The Court's definition of "when a caller is placed on hold" from the Court's September 10, 2012 Order on Claim Construction in the related case of *Info-Hold v. Muzak*, Case No. 1:11-cv-00283-TSB-KLL, is dispositive of the issues of infringement of those claims of the '374 having these claim limitations. Based on the Court's definitions of this claim term, there is

no infringement, literally or under the doctrine of equivalents, by AMTC's accused Remotelink IP and EOS Horizon devices.

Based on these agreed stipulations, the Court hereby enters this Final Judgment of Noninfringement in favor of defendant, Applied Media Technologies Corporation.

**IT IS SO ORDERED.**

Date: 6/17/13

Timothy S. Black
United States District Judge