UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

INFO-HOLD, INC.,                                    Case No: 1:08-CV-802

    Plaintiff,                                     **Judge Timothy S. Black**

-vs-

APPLIED MEDIA TECHNOLOGIES
CORPORATION,

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the joint Motion for the Entry of Judgment of Noninfringement Based on the Court's Claim Construction (Doc. 57) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: June 17, 2013                                      **JOHN P. HEHMAN, CLERK**

                                                              By: *s/ M. Rogers*
                                                              Deputy Clerk